UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA- FORT LAUDERDALE DIVISION

IN RE:

CASE NO.: 15-19165-JKO
CHAPTER: 7

Roberto Arredondo
*aka* Roberto Jose Gregorio Arredondo Olivo
*aka* Roberto G Arredondo Olivo
*aka* Roberto J Arredondo
*aka* Roberto J Arredondo Olivo
*aka* Roberto Jose Arredondo
*aka* Roberto Jose Gregorio Arredondo
*aka* Roberto G Arredondo
*aka* Roberto Gregorio Arredondo Olivo
*aka* Roberto Jose Arredondo Olivo
*aka* Roberto Arredondo Olivo
*aka* Roberto Gregorio Arredondo
    Debtor(s).
_____/

## MOTION FOR RELIEF FROM AUTOMATIC STAY TO ENFORCE FINAL JUDGMENT OF MORTGAGE FORECLOSURE OBTAINED

*(Subject Property:* 1204 NW 24th Place, Cape Coral, Florida 33993*)*

Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC3, Mortgage Pass-Through Certificates, Series 2006-WMC3, ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 1204 NW 24th Place, Cape Coral, Florida 33993 (the "Property"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor on May 19, 2015.

2. A certain adjustable rate note was executed on May 30, 2006 by Rafael A. Arredondo in the original principal amount of $214,245.00 (the "Note"). A true and

04-073474-B00

correct copy of the Note is attached hereto as Exhibit "A". Movant is an entity entitled to enforce the Note.

3. The Debtor, Roberto Arredondo, executed the Mortgage dated May 30, 2006 (the "Mortgage"), and all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Mortgage are secured by the Property. A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

4. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a true and correct copy of which is attached to the Motion as Exhibit "C".

5. The legal description of the Property is:

**LOTS 47 AND 48, BLOCK 4049, CAPE CORAL SUBDIVISION, UNIT 56, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 19, PAGES 107 THROUGH 116 INCLUSIVE, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

6. A Final Judgment of Mortgage Foreclosure has been entered on April 17, 2015 with respect to the Property in favor of Movant. A true and correct copy of the Final Judgment of Mortgage Foreclosure is attached hereto as Exhibit "D".

7. Attached as Exhibit E are the Limited Power of Attorney to U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC3, Mortgage Pass-Through Certificates, Series 2006-WMC3 that connects Select Portfolio Servicing, Inc., as a servicer for which has the authority to bring forth this Motion.

8. The estimated market value of the Property is $117,589.00. The basis for such valuation is the Lee County Property Appraiser Report which is attached hereto as Exhibit "F".

9. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $314,368.86.

10. Attached hereto as Exhibit "G" is a proposed order.

11. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

12. The undersigned counsel has attempted to contact all adverse parties prior to filing this Motion for Relief pursuant to S.D. Bankruptcy Local Rule 9073-1(D).

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. For such other relief as the Court deems proper.

04-073474-B00

I HEREBY CERTIFY that a true and correct copy of the Motion For Relief From Automatic Stay to Enforce Final Judgment of Mortgage Foreclosure Obtained and Exhibits were delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this ___4___ day of ___September___, 2015.

FRENKEL LAMBERT WEISS WEISMAN
& GORDON, LLP
Attorney for Secured Creditor
One East Broward Blvd., Suite 1430
Fort Lauderdale, FL 33301
Phone: (954) 522-3233 ext. 1639
Fax: (954) 200-7770

Scott Weiss, Esq.
FBN: 0710910

MAILING LIST

Robert Sanchez, Esq
Attorney for Roberto Arredondo
355 W 49 St.
Hialeah, FL 33012
Email: court@bankruptcyclinic.com

Chad S. Paiva
Trustee
trustee@gmlaw.com
525 Okeechobee Blvd., Suite 1570
West Palm Beach, FL 33401

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Roberto Arredondo
Debtor
319 New York St
Hollywood, FL 33019

04-073474-B00

Ingrid Arredondo  
3900 Calibre Bend Lane #703  
Winter Park Florida 32792

Rafael Arredondo  
1619 Orion Lane  
Weston Florida

Mortgage Electronic Registration Systems, Inc.  
Acting as a nominee for WMC Mortgage Corporation  
1901 E. Voorheess Street, Suite C  
Danville, L 61834

Chapel Trail Associates, LLC  
21011 Johnson Street 101  
Pembroke Pines, Fl. 33029

Harris Na  
3800 Gold Road  
Rolling Mead, IL 60008

Unknown Tenant N/K/A Cielo Cabezas  
1240 NW 24th Place  
Cape Coral, Fl. 33993

Unknown Tenant(s)  
1240 NW 24th Place  
Cape Coral, Fl. 33993

04-073474-B00