UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION

CASE NO.: 15-19165-JKO
CHAPTER 7 CASE

IN RE:

Roberto Arredondo
*aka* Roberto Jose Gregorio Arredondo Olivo
*aka* Roberto G Arredondo Olivo
*aka* Roberto J Arredondo
*aka* Roberto J Arredondo Olivo
*aka* Roberto Jose Arredondo
*aka* Roberto Jose Gregorio Arredondo
*aka* Roberto G Arredondo
*aka* Roberto Gregorio Arredondo Olivo
*aka* Roberto Jose Arredondo Olivo
*aka* Roberto Arredondo Olivo
*aka* Roberto Gregorio Arredondo
Debtor(s).
_____/

### ORDER GRANTING MODIFICATION OF STAY TO ENFORCE
### FINAL JUDGMENT OF MORTGAGE FORECLOSURE OBTAINED

THIS CASE came before the court, upon Motion for Relief from Stay to Enforce Final Judgment of Mortgage Foreclosure Obtained (Docket #    ) filed pursuant to Local Rule 4001-1(c) by Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC3, Mortgage Pass-Through Certificates, Series 2006-WMC3 ("Movant"), a secured creditor, and there being no objections to the entry of this order within the fourteen days negative notice period set forth therein, and the Court based on the record,

ORDERED AND ADJUDGED as follows:

Exhibit "E"

1. That the Motion for Relief from Stay to Enforce Final Judgment of Mortgage Foreclosure Obtained is, granted so that Movant may file and complete an action in State Court for foreclosure of its mortgage encumbering the property described as:

**LOTS 47 AND 48, BLOCK 4049, CAPE CORAL SUBDIVISION, UNIT 56, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 19, PAGES 107 THROUGH 116 INCLUSIVE, OF THE PUBLIC RECORDS OF LEE COUNTY, FLORIDA.**

A/K/A: 1204 NW 24th Place, Cape Coral, Florida 33993

2. It is further ORDERED ADJUDGED AND DECREED that the Order granting relief from the automatic stay is entered for the sole purpose of allowing Movant to proceed in rem and any other remedies the Movant may have under applicable non-bankruptcy law; provided, that the Movant shall not seek or obtain an in personam judgment against the Debtor.

3. Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC3, Mortgage Pass-Through Certificates, Series 2006-WMC3, is permitted to offer the debtor information regarding potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other loan workout/Loss Mitigation agreement and may enter into such agreement with the debtor without violating any Discharge Order. However, Select Portfolio Servicing, Inc., as servicer for U.S. Bank National Association, as Trustee for MASTR Asset Backed Securities Trust 2006-WMC3, Mortgage Pass-Through Certificates, Series 2006-WMC3, may not enforce any personal liability against the debtor if Debtor's personal liability is discharged in this bankruptcy case.

###

Prepared by:   FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP
               ATTN: Scott Weiss
               One East Broward Blvd, Suite 1430
               Ft. Lauderdale, FL 33301

**Attorney Scott Weiss, Esq., is directed to furnish a conformed copy of this Order immediately upon receipt of same and file certificate of service with the court.**