UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 15-19165-JKO
CHAPTER  7

IN RE
**Roberto Arredondo**
*aka* **Roberto Jose Gregorio Arredondo Olivo**
*aka* **Roberto G Arredondo Olivo**
*aka* **Roberto J Arredondo**
*aka* **Roberto J Arredondo Olivo**
*aka* **Roberto Jose Arredondo**
*aka* **Roberto Jose Gregorio Arredondo**
*aka* **Roberto G Arredondo**
*aka* **Roberto Gregorio Arredondo Olivo**
*aka* **Roberto Jose Arredondo Olivo**
*aka* **Roberto Arredondo Olivo**
*aka* **Roberto Gregorio Arredondo**
Debtor.
_____/

## CERTIFICATE OF SERVICE OF  NOTICE OF HEARING  (D.E. #50)

I HEREBY CERTIFY that a true and correct copy of the NOTICE OF HEARING  (D.E. #50 ) was delivered to the addressees on the attached mailing list  by First Class U.S. Mail postage pre-paid and/or electronically mailed this  day of  September 11, 2015.

> FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
> Attorney for Secured Creditor
> One East. Broward Blvd., Suite. 1430
> Fort Lauderdale, FL 33301
> Phone: (954) 522-3233 ext. 1639
> Fax: (954) 200-7770
>
> /s/ Scott R. Weiss, Esq.
> Scott R. Weiss, Esq.
> BAR No. 0710910

04-073474-B00

MAILING LIST

Robert Sanchez, Esq
Attorney for Roberto Arredondo
355 W 49 St.
Hialeah, FL 33012

Chad S. Paiva
Trustee
trustee@gmlaw.com
525 Okeechobee Blvd., Suite 1570
West Palm Beach, FL 33401

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Roberto Arredondo
Debtor
319 New York St
Hollywood, FL 33019

Ingrid Arredondo
3900 Calibre Bend Lane #703
Winter Park Florida 32792

Rafael Arredondo
1619 Orion Lane
Weston Florida

Mortgage Electronic Registration Systems, Inc.
Acting as a nominee for WMC Mortgage Corporation
1901 E. Voorheess Street, Suite C
Danville, L 61834

Chapel Trail Associates, LLC
21011 Johnson Street 101
Pembroke Pines, Fl. 33029

Harris Na
3800 Gold Road
Rolling Mead, IL 60008

Unknown Tenant N/K/A Cielo Cabezas
1240 NW 24th Place
Cape Coral, Fl. 33993

Unknown Tenant
1240 NW 24th Place
Cape Coral, Fl. 33993

04-073474-B00