UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:                                                    CASE NO. **15-19165-JKO**
                                                          CHAPTER 7
**ROBERTO ARREDONDO,**

        Debtor(s).
_____/

<u>**TRUSTEE'S NOTICE OF SALE**</u>

> **DATE OF SALE:**
> Monday, October 6, 2015 at 10:00 am

TO:   ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT.

The Trustee, **CHAD S. PAIVA** ("Trustee"), files this Notice of Sale regarding assets of the above referenced bankruptcy estate to wit: the Trustee's right, title, and interest in the non-exempt equity in the following assets: 2014 Jeep Grand Cherokee, Vin No. 1C4RJEBG4EC285562. The Trustee is selling his right title and interest in said asset to the Debtor, ROBERTO ARREDONDO, for $9,000.00 which has already been tendered to the Trustee.

**TERMS AND CONDITIONS OF THE SALE ARE AS FOLLOWS:**

A.   <u>**PAYMENT METHOD**</u>:  If applicable, payment must be made at the close of bidding in the form of a cashier's check, payable to Chad S. Paiva, Trustee, unless you have been pre-approved for writing a check by the Trustee.

B.   <u>**LOCATION OF SALE**</u>:  The sale will be conducted at the office of the Trustee located at 525 Okeechobee Boulevard, Suite 1570, West Palm Beach, Florida 33401.

C.   <u>**PREVIEW TIME AND LOCATION**</u>:  Contact the Trustee's office at trustee@gmlaw.com for details.

D.   <u>**CONDITION OF ASSETS**</u>:  Every effort has been made to provide as complete and accurate description as possible.  The Trustee's office makes no representations as to the condition of any asset being sold. Everything is sold in **"as-is,"**

"where-is" condition, without any warranty, representation or guarantee, and subject to all liens and encumbrances.

   E. **DOCUMENTATION PROVIDED AT CLOSE OF SALE**: A Report of Sale will be filed with the Court once payment has been provided. If not already tendered, payment is due within two (2) calendar days. All property must be removed within two (2) calendar days of the sale.

   F. **FLORIDA STATE SALES TAX**: If applicable, the Trustee **is required** by the State of Florida to collect sales tax at a rate of 6.5% on all sales of personal property. If you wish to request tax exempt status on sales, you are required to provide an Annual Resale Certificate to the Trustee. The Certificate **must include** the name and address of the purchaser, the effective date and number of the dealer's Certificate of Registration, and the dealer's signature. The Bill of Sale in tax exempt sales will contain the name of the business or person holding the sales tax certificate. IF YOU HAVE NOT COMPLIED WITH THIS REQUIREMENT AT THE TIME OF THE SALE, SALES TAX WILL BE COLLECTED.

  **ALL SALES ARE SUBJECT TO CONFIRMATION BY THE TRUSTEE.**

  Any creditor or interested party may file a written objection, if any, with the Clerk, United States Bankruptcy Court, located at 299 E. Broward Blvd., Room 112, Fort Lauderdale, Florida 33301, stating the basis for their objection, and must serve a copy on the Trustee prior to the sale date.

  **Pursuant to Bankruptcy Rule 6004 and Local Rule 6004-1(B), the proposed sale will be deemed approved without the necessity of a hearing or order if no objection to the sale is filed and served within 21 days from the date of service of this notice, or, at least 5 days prior to the date of the proposed sale.**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was served on those parties enumerated on the attached service list and to those parties listed below via CM/ECF on September 14, 2015

  Dated: September 14, 2015

            By: /S/ *Chad S. Paiva, Trustee*
              CHAD S. PAIVA, TRUSTEE
              525 Okeechobee Blvd. #1570
              West Palm Beach, FL 33401
              Telephone: (561) 227-2370
              Facsimile: (561) 653-3937
              Email: trustee@gmlaw.com

Via CM/ECF:
- Chad Paiva, Trustee           trustee@gmlaw.com,
- Office of the US Trustee      USTPRegion21.MM.ECF@usdoj.gov
- ROBERT SANCHEZ, ESQ.   court@bankruptcyclinic.com

Via Regular mail to:

ROBERTO ARREDONDO, Debtor
319 NEW YORK ST
HOLLYWOOD, FL  33019

ALL CREDITORS AND INTERESTED PARTIES ON THE MATRIX ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 15-19165-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Mon Sep 14 12:57:03 EDT 2015 | Recovery Management Systems Corp<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 | U.S. Bank National Association<br>c/o Frenkel Lambert et al<br>One East Broward Blvd., Suite 1430<br>Fort Lauderdale, FL 33301-1806 |
| Capital Acct<br>2120 Crestmoor Rd Suite 3001 Wesley Shu<br>Nashville, TN 37215-2613 | Capital One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238-1119 |
| Chapel Trail Associates<br>c/o Russell D Kaplan<br>7951 SW 6 St #210<br>Plantation FL 33324-3276 | Chapel Trail Associates, LLC<br>21011 Johnson Street 101<br>Pembroke Pines, FL 33029-1914 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 | FGAP Investment Corp<br>P.O. Box 6484<br>Delray Beach, FL 33482-6484 |
| Financial Credit Svcs<br>628 Bypass Dr<br>Clearwater, FL 33764-5024 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | Fst Nat Coll<br>610 Waltham Way<br>Sparks, NV 89434-6695 |
| (p)GOLD KEY CREDIT INC<br>PO BOX 15670<br>BROOKSVILLE FL 34604-0122 | Helvey & Associates<br>1015 E Center St<br>Warsaw, IN 46580-3420 | Hillcrest Davidson & A<br>850 N Dorothy Dr Ste 512<br>Richardson, TX 75081-2794 |
| Medicredit<br>Po Box 1629<br>Maryland Heigh, MO 63043-0629 | Mortgage Electronic Registration Systems<br>1901 E Voorhees Street<br>Suite C<br>Danville, IL 61834-4512 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Professional Adjmnt Co<br>14410 Metropolis Ave<br>Fort Myers, FL 33912-4341 | Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Crown Asset Management LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Syncb/Gap<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Sync Bank Card<br>C/O P.O. Box 965036<br>Orlando, FL 32896-0001 | The Law Offices Of Mit<br>2222 Texoma Pkwy Ste 160<br>Sherman, TX 75090-2482 |
| U.S. Bank National Association<br>c/o Frenkel, Lambert, Weiss & Gordon<br>1 E Broward boulevard<br>Suite 1430<br>Fort Lauderdale, FL 33301-1806 | White Cap Construction Supply, Inc.<br>c/o Tood Fredrick Kobrin, Esq.<br>Shutts & Bowen, LLP<br>300 N Orange Avenue #1000<br>Orlando, FL 32801 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 |

| | | |
|---|---|---|
| Chad S. Paiva<br>trustee@gmlaw.com<br>525 Okeechobee Blvd., Suite 1570<br>West Palm Beach, FL 33401-6349 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 | Roberto Arredondo<br>319 New York St<br>Hollywood, FL 33019-1432 |

 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Goldkey Cred
625 Us Hwy, 1  Suite 102
Key West, FL 33040


 The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Delrayauto

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33