

**ORDERED in the Southern District of Florida on December 17, 2015.**

John K. Olson, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In Re:                                                 Case No. 15-19165-JKO
                                                              Chapter 7 Proceeding

**ROBERTO ARREDONDO,**

      Debtor(s).
_____/

### ORDER APPROVING SETTLEMENT BETWEEN TRUSTEE AND DEBTOR FOR DEBTOR'S PURCHASE OF NON EXEMPT EQUITY IN CERTAIN ASSETS OF THE ESTATE

This cause came before the Court in Ft. Lauderdale, Florida on December 15, 2015, upon the Motion to Approve Stipulation To Compromise Controversy (DE# 63). The Court, having reviewed the Motion, and having heard argument of counsel and being otherwise fully advised in the premises, does hereby:

24861928:1

**ORDER AND ADJUGE:**

1. The Motion to Approve Stipulation To Compromise Controversy is **granted.**

2. The settlement between the Trustee, the Debtor and Stephanie Arredondo as set forth in the Motion is in the best interest of the creditors and the estate, and is approved and ratified by the Court.

3. The Debtor and Stephanie Arredondo shall pay the Trustee $79,500.00 to resolve the issues regarding the voidable transfer as follows:

(a). A down payment in the amount of $37,500.00 due on or before December 1, 2015 followed by fifteen (15) monthly payments of $2,800.00 each commencing on March 1, 2016 and on the 1st of each month thereafter until paid in full. The final payment is due on or before May 1, 2017; and

(b). There shall be no grace period for any of the payments due under subsection (a) of this paragraph.

4. The parties shall comply with all terms of the settlement as set forth in the Motion.

5. The Court retains jurisdiction to enforce the terms of the settlement as may be necessary.

###

SUBMITTED BY:
Chad S. Paiva, Trustee
525 Okeechobee Blvd #1570
West Palm Beach, FL 33401
Telephone: (561) 227-2370
Facsimile: (561) 653-3937

Chad S. Paiva, Trustee, shall serve a copy of this Order upon the Debtor and all interested parties and file a certificate of service as required by this Court's local rules.

24861928:1

Via CM/ECF:

- Office of the US Trustee        USTPRegion21.MM.ECF@usdoj.gov
- ROBERT SANCHEZ, ESQ.    court@bankruptcyclinic.com

**Via Regular Mail**:

ROBERTO ARREDONDO, Debtor
319 New York Street
Hollywood, FL 33019

STEPHANIE ARREDONDO
319 New York Street
Hollywood, FL 33019

24861928:1