# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case Number: | 15-19165 JKO | | Trustee: | Chad S. Paiva |
|---|---|---|---|---|
| Case Name: | ROBERTO ARREDONDO | | Filed (f) or Converted (c): | 05/19/15 (f) |
| | | | §341(a) Meeting Date: | 06/23/15 |
| Period Ending: | 06/30/16 | | Claims Bar Date: | 10/03/15 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | | | Estimated Net Value | | | Asset Fully |
| | | Petition/ | (Value Determined By Trustee, | Property | Sale/Funds | Administered (FA)/ |
| | Asset Description | Unscheduled | Less Liens, Exemptions, | Abandoned | Received by | Gross Value of |
| Ref # | (Scheduled And Unscheduled (u) Property) | Values | and Other Costs) | OA=§554(a) Abandon | the Estate | Remaining Assets |
| 1 | 1204 NW 24th Place, Cape Coral, FL 33933<br>Liens greater than value | 117,589.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on Hand<br>exempt | 20.00 | 0.00 | | 0.00 | FA |
| 3 | JPMorgan Chase Bank #2310<br>exempt | 164.53 | 0.00 | | 0.00 | FA |
| 4 | JPMorgan Chase Ban #2286<br>exempt | 451.42 | 0.00 | | 0.00 | FA |
| 5 | JPMorgan Chase Bank #3677<br>exempt | 1,227.97 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings<br>exempt | 2,800.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel<br>exempt | 60.00 | 0.00 | | 0.00 | FA |
| 8 | Furs and jewelry<br>exempt | 200.00 | 0.00 | | 0.00 | FA |
| 9 | FTT International Corp | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2014 Jeep Grand Cherokee<br>Per Notice of Sale DE#53 | 24,950.00 | 9,000.00 | | 9,000.00 | FA |
| 11 | Office equipment, furnishings, and supplies | 800.00 | 0.00 | | 0.00 | FA |
| 12 | Voidable Transfers (u)<br>Per Order DE#68 | 0.00 | 79,500.00 | | 48,700.00 | 30,800.00 |
| **TOTALS** (Excluding Unknown Values) | | **$148,262.92** | **$88,500.00** | | **$57,700.00** | **$153,312.92** |

**Major activities affecting case closing:**
CBD: 10/3/15

Tax Return Status: None Required

CASE STATUS: Settlement entered into with Debtor for voidable transfers in the amount of $79,500.00 DE#63. $37,500 down payment made; Debtor making monthly payments of $2,800 until May of 2017.

**Initial Projected Date of Final Report (TFR):** October 03, 2017      **Current Projected Date of Final Report (TFR):** October 03, 2017

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-19165 JKO | Trustee: | Chad S. Paiva |
|---|---|---|---|
| Case Name: | ROBERTO ARREDONDO | Bank Name: | Signature Bank |
| | | Account: | ******5223 - Checking |
| Taxpayer ID#: | ******4422 | Blanket Bond: | $300,000.00 (per case limit) |
| Period: | 07/01/15 - 06/30/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/15 | Asset #10 | Roberto Arredondo | Per Notice of Sale DE#53 | 1129-000 | 9,000.00 | | 9,000.00 |
| 09/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 6.47 | 8,993.53 |
| 10/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 12.94 | 8,980.59 |
| 11/30/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 13.35 | 8,967.24 |
| 12/03/15 | Asset #12 | Roberto Arredondo | Per Order DE#68 | 1241-000 | 37,500.00 | | 46,467.24 |
| 12/31/15 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 61.87 | 46,405.37 |
| 01/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 64.35 | 46,341.02 |
| 02/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 64.26 | 46,276.76 |
| 03/09/16 | Asset #12 | Roberto Arredondo | Per Order DE#68 | 1241-000 | 2,800.00 | | 49,076.76 |
| 03/09/16 | 1001 | GREENSPOON MARDER, PA | Per Order DE#81 | 3110-000 | | 10,194.30 | 38,882.46 |
| 03/09/16 | 1002 | GREENSPOON MARDER, PA | Per Order DE#81 | 3120-000 | | 44.80 | 38,837.66 |
| 03/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 64.70 | 38,772.96 |
| 04/04/16 | Asset #12 | Stephanie Arredondo | Per Order DE#68 | 1241-000 | 2,800.00 | | 41,572.96 |
| 04/29/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 50.15 | 41,522.81 |
| 05/31/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 63.00 | 41,459.81 |
| 06/01/16 | Asset #12 | Roberto Arredondo | Per Order DE#68 | 1241-000 | 2,800.00 | | 44,259.81 |
| 06/01/16 | Asset #12 | Stephanie Arredondo | Per Order DE#68 | 1241-000 | 2,800.00 | | 47,059.81 |

Page: 2

## Form 2
## Cash Receipts and Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 15-19165 JKO | | **Trustee:** | Chad S. Paiva |
| **Case Name:** | ROBERTO ARREDONDO | | **Bank Name:** | Signature Bank |
| | | | **Account:** | ******5223 - Checking |
| **Taxpayer ID#:** | ******4422 | | **Blanket Bond:** | $300,000.00 (per case limit) |
| **Period:** | 07/01/15 - 06/30/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/30/16 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 63.35 | 46,996.46 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 57,700.00 | 10,703.54 | **$46,996.46** |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 57,700.00 | 10,703.54 | |
| | Less: Payment to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$57,700.00** | **$10,703.54** | |

| | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|
| Net Receipts: | $57,700.00 | **TOTAL - ALL ACCOUNTS** | | | |
| Net Estate: | $57,700.00 | **Checking # ******5223** | 57,700.00 | 10,703.54 | 46,996.46 |
| | | | $57,700.00 | $10,703.54 | $46,996.46 |