UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In Re:

Case No. 15-19165-JKO
Chapter 7 Proceeding

ROBERTO ARREDONDO,

Debtor.

---

**TRUSTEE'S MOTION TO MODIFY COURT APPROVED STIPULATION TO COMPROMISE CONTROVERSY**

Comes now, the Chapter 7 Trustee, Chad S. Paiva, by and through undersigned counsel, files this Motion to modify court approved stipulation to compromise controversy ("Motion"), and would state as follows:

1. On January 11, 2016, this Court entered an amended Order approving a Stipulation to Compromise Controversy ("Stipulation") entered in to between the Trustee, and the debtor and non-debtor parties.

2. Pursuant to the Stipulation, the debtor is required to pay the Trustee the total sum of $79,500.00 by making an initial payment of $37,500.00 on or before December 1, 2015 followed by 15 monthly payments of $2,800.00 commencing on March 1, 2016 and on the first of each month thereafter with the final payment due on May 1, 2017.

3. As of the date of the filing of this Motion, the debtor is current with the payments due under the Stipulation and has paid in a total of $57,100.00.

4. In late August 2016, debtor's counsel contacted Trustee's counsel requesting a modification to extend the remaining payments due under the Stipulation on the basis that the debtor's business which is his sole source of income has been

struggling financially. When making the request, debtor's counsel also advised Trustee's counsel that the debtor has taken a second job driving for Uber to earn additional income to try and comply with his payment obligations under the Stipulation.

5. Including the September 1, 2016 payment due under the Stipulation, the debtor had nine (9) payments of $2,800.00 totaling $25,200 remaining due under the Stipulation.

6. The Trustee has agreed to a modification of the payments terms pursuant to which the debtor will pay the remaining $25,200.00 due under the Stipulation in 15 equal payments of $1,680 due on September 15, 2016 and on the fifteenth of each month thereafter with the last payment due on November 15, 2017.

7. Other than the proposed modification of the payment terms set forth herein, the remaining terms and conditions of the Stipulation shall remain unchanged and shall continue in full force and effect.

8. This Motion, and the Notice scheduling this Motion for hearing, will be served on all creditors and other interested parties.

9. Given that the debtor has paid in nearly 72% of the amount due under the Stipulation, the debtor is current with all of the payments due under the Stipulation including the proposed modified payment that is due on or before September 15, 2016, and the remaining terms and conditions set forth in the Stipulation, including the harsh default provisions, will remain in full force and effect, the Trustee takes the position that the proposed modification will not prejudice the creditors and estate, and is in the best interests of the estate since the modification will likely avoid a default on the Stipulation, save the estate from incurring administrative expenses associated with a default, and

will still allow the Trustee to file his Trustee's Final Report to close the case in 2017.

WHEREFORE, the Chapter 7 Trustee, Chad S. Paiva, respectfully requests that Court enter and Order granting the relief requested herein, and for such other relief as the Court deems just and proper.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to the parties listed below in the manner stated on this the 14th day of September, 2016.

By: /s/ Chad S. Paiva, Esq.
Chad S. Paiva, Esq.
Greenspoon Marder, P.A.
525 Okeechobee Blvd.., Suite 1570
West Palm Beach FL 33401
Florida Bar No: 788686
Telephone: (561) 227-2370
E-Mail: chad.paiva@gmlaw.com

Via ECF/CM:

- **Kenia L Molina** court@keniamolina.com, kmolina@flwlaw.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Robert Sanchez** court@bankruptcyclinic.com, courtECFmail@gmail.com

Via Regular Mail:

Roberto Arredondo, Debtor
319 New York Street
Hollywood, FL 33019

All creditors and interested parties listed on the court mailing matrix attached.

Label Matrix for local noticing
113C-0
Case 15-19165-JKO
Southern District of Florida
Fort Lauderdale
Wed Sep 14 13:50:38 EDT 2016

Recovery Management Systems Corp
25 SE 2 Ave #1120
Miami, FL 33131-1605

U.S. Bank National Association
c/o Frenkel Lambert et al
One East Broward Blvd., Suite 1430
Fort Lauderdale, FL 33301-1806

Capital Acct
2120 Crestmoor Rd Suite 3001 Wesley Shu
Nashville, TN 37215-2613

Capital One
Po Box 30253
Salt Lake City, UT 84130-0253

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Chapel Trail Associates
c/o Russell D Kaplan
7951 SW 6 St #210
Plantation FL 33324-3276

Chapel Trail Associates, LLC
21011 Johnson Street 101
Pembroke Pines, FL 33029-1914

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193-8875

Credit Protection Asso
13355 Noel Rd Ste 2100
Dallas, TX 75240-6837

FGAP Investment Corp
P.O. Box 6484
Delray Beach, FL 33482-6484

Financial Credit Svcs
628 Bypass Dr
Clearwater, FL 33764-5024

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Fst Nat Coll
610 Waltham Way
Sparks, NV 89434-6695

(p)GOLD KEY CREDIT INC
PO BOX 15670
BROOKSVILLE FL 34604-0122

Helvey & Associates
1015 E Center St
Warsaw, IN 46580-3420

Hillcrest Davidson & A
850 N Dorothy Dr Ste 512
Richardson, TX 75081-2794

Medicredit
Po Box 1629
Maryland Heigh, MO 63043-0629

Mortgage Electronic Registration Systems
1901 E Voorhees Street
Suite C
Danville, IL 61834-4512

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Professional Adjmnt Co
14410 Metropolis Ave
Fort Myers, FL 33912-4341

Quantum3 Group LLC as agent for
CP Medical LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Syncb/Gap
Po Box 965005
Orlando, FL 32896-5005

Syncb/Sync Bank Card
C/O P.O. Box 965036
Orlando, FL 32896-0001

The Law Offices Of Mit
2222 Texoma Pkwy Ste 160
Sherman, TX 75090-2482

U.S. Bank National Association
c/o Frenkel, Lambert, Weiss & Gordon
1 E Broward boulevard
Suite 1430
Fort Lauderdale, FL 33301-1806

White Cap Construction Supply, Inc.
c/o James A. Timko, Esq.
Shutts & Bowen LLP
300 S. Orange Ave., #1000
Orlando, Florida 32801-5403

White Cap Construction Supply, Inc.
c/o Tood Fredrick Kobrin, Esq.
Shutts & Bowen, LLP
300 N Orange Avenue #1000
Orlando, FL 32801

World Omni
Po Box 91614
Mobile, AL 36691-1614

Chad S. Paiva
trustee@gmlaw.com
525 Okeechobee Blvd., Suite 1570
West Palm Beach, FL 33401-6349

Robert Sanchez Esq
355 W 49 St.
Hialeah, FL 33012-3715

Roberto Arredondo
319 New York St
Hollywood, FL 33019-1432

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Goldkey Cred
625 Us Hwy, 1 Suite 102
Key West, FL 33040

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Delrayauto

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 33 |
| Bypassed recipients | 1 |
| Total | 34 |